

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00176-CR

**RON EASTON D/B/A ACE BAIL BONDS,**

          **Appellant**

 **v.**

**THE STATE OF TEXAS,**

          **Appellee**

**From the County Court
Freestone County, Texas
Trial Court No. 5513**

## MEMORANDUM OPINION

Appellant Ron Easton d/b/a Ace Bail Bonds appealed the trial court's entry of a default judgment. Appellant now files a motion to dismiss his appeal, stating that the appeal is moot because the trial court granted a motion for new trial and amended its judgment.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).


          TOM GRAY
          Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Opinion delivered and filed July 16, 2015
[CV06]

